**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | WILLIAM R JOHNSON |
| Debtor 2 (Spouse, if filing) | Darinda S Johnson    *aka* Wendy Johnson |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number | 15-10821 |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor**: Ditech Financial LLC

**Court claim no.** (if known):  3

**Last 4 digits** of any number you use to identify the debtor's account:  0677

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property Inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | Lender Placed Insurance Effective 4/30/18-4/30/19 | (9) | $ 1,143.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: _____ | | (11) | $ |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        Page 1

Debtor 1  WILLIAM R JOHNSON _____   Case number (*if known*) 15-10821

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[X]  I am the creditor.

[ ]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ BOBBI JO CRAWFORD                         Date    10/25/2018
 Signature

| | | | |
|---|---|---|---|
| Print | BOBBI JO CRAWFORD | Title | Bankruptcy Representative |
| Company | Ditech Financial LLC | | |
| Address | P.O. Box 6154 | | |
| | Rapid City, SD 57709-6154 | | |
| Contact phone | 888-298-7785 | Email | poc.team@Ditech.com |

## CERTIFICATE OF SERVICE
## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE District of Mississippi (Northern)

IN RE: Darinda S Johnson         NO. 15-10821
William R Johnson

I hereby certify that on October 25, 2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

Darinda S Johnson
PO Box 47
Independence, MS 38638-0047
aka Wendy Johnson

William R Johnson
438 Bett Rd
Coldwater, MS 38618-5241

Via filing with the US Bankruptcy Court's CM ECF system to the following:

Robert H. Lomenick, Jr.
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

This is October 25, 2018

/s/ Bobbi Jo Crawford
Bobbi Jo Crawford
Quality Assurance Specialist
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-529-1471
Email: poc.team@ditech.com

| CERTIFICATE OF INSURANCE | NEW DECLARATION * * * * * * EFFECTIVE 04/30/18 |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA 11222 Quail Roost Drive, Miami, FL 33157 | 12:01 AM, STANDARD TIME. |

| CERTIFICATE NUMBER | POLICY PERIOD | | TERM | ACCOUNT/AGENT NUMBER |
|---|---|---|---|---|
| ███████ | FROM 04/30/18 | TO 04/30/19 | MONTHS 012 | ███████ |

| BORROWER ACCOUNT/LOAN NUMBER | MASTER POLICY NUMBER |
|---|---|
| ███████ | ███████ |

| BORROWER NAME AND ADDRESS | MASTER POLICYHOLDER NAME AND ADDRESS |
|---|---|
| WILLIAM JOHNSON<br>438 BETT RD<br>COLDWATER, MS  38618 | DITECH FINANCIAL LLC<br>ITS AFFILIATES AND/OR ASSIGNS<br>P O  BOX 979282<br>MIAMI FL  33197 |

### DESCRIPTION OF PROPERTY

| YEAR | MODEL AND BODY TYPE | BORROWER DEDUCTIBLE | IDENTIFICATION NUMBER | MAXIMUM LIMIT OF LIABILITY |
|---|---|---|---|---|
| 1996 | CAVALIER HOMES    MODEL | ** | ALCA02965 | $49,626 |

Endorsements made a part of this Certificate of Insurance at time of issuance:

COI0003C -08/16*, COI0033E -02/16*, COI0042E -05/16*, COI0231E -02/17*,
N8051   -04/15*


** DEDUCTIBLES: $500 FOR WINDSTORM/HAIL/FLOOD, 10% OF THE LIMIT OF
   LIABILITY FOR EARTHQUAKE DAMAGE, AND $250 FOR ALL OTHER PERILS

### PREMIUM

| | |
|---|---|
| BASIC PREMIUM | $1,093.00 |
| VACANT HOME COVERAGE | $50.00 |
| TOTAL PREMIUM | $1,143.00 |

THIS IS A COLLATERAL PROTECTION CERTIFICATE OF INSURANCE. IT DOES NOT PROVIDE ANY LIABILITY COVERAGE AND IT MAY NOT FULLY PROTECT THE BORROWER'S INTERESTS.

NOTE: THIS COVERAGE WILL TERMINATE IF THE LOAN IS PAID OFF.

**ACCOUNT/AGENT ADDRESS:**

ASSURANT INSURANCE AGENCY
440 MOUNT RUSHMORE ROAD

RAPID CITY SD 55701

COUNTERSIGNED: 07/05/18

*(signature)*

BY -----------------------------------

AUTHORIZED REPRESENTATIVE

███████         BORROWER COPY

CA07AB01.DOD-0416         CIACIMCE.DOD-0916



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

>  **DT Holdings LLC**, a Delaware limited liability company, and
>  **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

GREEN TREE SERVICING LLC

By: _____
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*