**SO ORDERED,**



*Judge Jason D. Woodard*
United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| DARINDA S. JOHNSON and WILLIAM R. JOHNSON | 15-10821-JDW |

### ORDER DECLARING CLAIM SATISFIED

THIS MATTER came before the Court on the Motion for Order Declaring Claim Satisfied (Dkt. #144) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), after notice and an opportunity for response or objection. The Court finding that no timely responses or objections have been filed and that the Motion is due to be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Motion is hereby granted.

IT IS FURTHER ORDERED, that the claim of First Financial Bank (Clm. #5) (the "Creditor") shall be and is hereby deemed fully satisfied, including the pre-petition arrearage, all post-petition payments, advances, charges, expenses, fees, and attorney's fees incurred and/or charged by the Creditor during the course of the bankruptcy.

IT IS FURTHER ORDERED that any amounts for fees, charges, or expenses that the Creditor may allege owed in connection with any alleged default on the claim or otherwise, which were not approved by this Court through the allowance of the claim of the Creditor or

otherwise, shall be deemed cured by completion of the plan and therefore canceled and discharged.

IT IS FURTHER ORDERED that the Creditor shall release its lien and otherwise comply with applicable nonbankruptcy law.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com